IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAN MCCARTHY,<br><br>      Plaintiff,<br><br>v.<br><br>BAYHEALTH MEDICAL CENTER, INC.,<br><br>      Defendant. | Civil Action No. 22-1336-RGA |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion to Dismiss (D.I. 20) is GRANTED in part and DISMISSED as moot in part.

Plaintiff's failure to accommodate claim DISMISSED with prejudice.

IT IS SO ORDERED.

Entered this 2nd day of February, 2024

_____
United States District Judge